Joseph J. Tabacco, Jr. (SBN 75484)
Nicole Lavallee (SBN 165755)
Kristin J. Moody (SBN 206326)
A. Chowning Poppler (SBN 272870)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone:  (415) 433-3200
Facsimile: (415) 433-6282
Email:  jtabacco@bermandevalerio.com
            nlavallee@bermandevalerio.com
            kmoody@bermandevalerio.com
            cpoppler@bermandevalerio.com

Jeffrey M. Norton (Admitted *Pro Hac Vice*)
**NEWMAN FERRARA LLP**
1250 Broadway, 27th Floor
New York, NY 10001
Telephone:  (212) 619-5400
Facsimile:  (212) 619-3090
Email:  jnorton@nfllp.com

*Lead Counsel and Attorneys for Lead Plaintiff David Fee*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE ZYNGA INC. SECURITIES LITIGATION | **CLASS ACTION**<br><br>Lead Case No. 12-cv-04007-JSC<br><br>Consolidated with Case Nos.<br>12-CV-4048-JSC; 12-CV-4059-JSC;<br>12-CV-4064-JSC; 12-CV-4066-JSC;<br>12-CV-4133-JSC; 12-CV-4250-JSC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE SCHEDULING AND SHORTENING HEARING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Courtroom: F, 15th Floor, San Francisco<br>Judge:  Honorable Magistrate Judge Jacqueline Scott Corley |

1   Lead Plaintiff David Fee ("Lead Plaintiff") and Defendants Zynga Inc. ("Zynga" or the
2   "Company"), Mark Pincus, David M. Wehner and John Schappert (collectively "Defendants")
3   (defendants Pincus, Wehner and Schappert are, collectively, the "Officer Defendants"), by and
4   through their undersigned attorneys, submit this Stipulation regarding shortening the briefing
5   schedule for Plaintiff's Motion for Preliminary Approval of Settlement and a proposed
6   schedule following a settlement reached in principle (the "Settlement") by and between the
7   parties at a mediation held before the Hon. Edward A. Infante (Ret.) of JAMS on August 4,
8   2015.

9   The parties currently are negotiating the terms of a formal Settlement agreement and
10  plan to seek the Court's preliminary approval by September 11, 2015, and the parties agree
11  that the case management conference in this matter previously scheduled for August 20, 2015,
12  is no longer necessary.

13  Pursuant to Civil L.R. 7-2(a), hearings will be held not less than 35 days after a motion
14  is filed.

15  Lead Plaintiff and Defendants respectfully request that the hearing be held on
16  shortened time pursuant to Civil L.R. 6-2.

17  The parties have met and conferred in good faith to establish a briefing and hearing
18  schedule that efficiently provides notice of this proposed settlement to class members.

19  There have been no prior time modifications related to settlement in this matter and
20  this stipulation is not made for any improper purpose.

21  Accordingly, in connection with preliminary and ultimately final approval of the
22  Settlement, the parties propose the following schedule:

23  //
24  //
25  //

| ACTION | DEADLINE |
|---|---|
| Motion for Preliminary Approval | September 11, 2015 |
| Defendant to Provide Notices and Materials as Required by CAFA, 28 U.S.C. § 1715 (b) | No later than September 21, 2015 |
| Preliminary Approval Hearing | September 17, 2015, at 9:00 a.m. |
| Deadline for Mailing and Publication of Notice | 7 calendar days after the Court's entry of the Preliminary Approval Order |
| Motion for Final Approval of Attorneys' Fees and Reimbursement of Litigation Expenses | 30 days before the deadline for objecting to the settlement |
| Filing Deadline for Objections | 70 days after mailing and publication of notice |
| Deadline for Class Member Opt-Outs | 70 days after mailing and publication of notice |
| Party Responses to Objections | 10 calendar days before the Settlement Fairness Hearing |
| Proof of Notice Compliance | 10 calendar days before the Settlement Fairness Hearing |
| Final Approval Hearing | Final approval 90 days after mailing of CAFA notices and materials.  *See* 28 U.S.C. §1715 (b), (d) |

//

//

//

Dated:  August 19, 2015    **BERMAN DeVALERIO**

By:   /s/ *Nicole Lavallee*
               Nicole Lavallee

Joseph J. Tabacco, Jr.
Kristin J. Moody
A. Chowning Poppler
One California Street, Suite 900
San Francisco, CA 94111
Telephone:  (415) 433-3200
Facsimile:  (415) 433-6282
Email: jtabacco@bermandevalerio.com
            nlavallee@bermandevalerio.com
            kmoody@bermandevalerio.com
            cpoppler@bermandevalerio.com

Jeffrey M. Norton
**NEWMAN FERRARA LLP**
1250 Broadway, 27th Floor
New York, NY 10001
Telephone:  (212) 619-5400
Facsimile:  (212) 619-3090
Email: jnorton@nfllp.com

*Lead Counsel and Attorneys for*
*Lead Plaintiff David Fee*


**MORRISON & FOERSTER LLP**


By:   /s/ *Anna Erickson White*
               Anna Erickson White

Jordan Eth

425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: JEth@mofo.com
            AWhite@mofo.com

*Attorneys for Defendants*
*Zynga Inc., Mark Pincus, David M. Wehner,*
*and John Schappert*

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and good cause having been shown, **IT IS HEREBY ORDERED that the following deadlines are hereby GRANTED:**

| ACTION | DEADLINE |
|---|---|
| Motion for Preliminary Approval | September 11, 2015 |
| Defendant to Provide Notices and Materials as Required by CAFA, 28 U.S.C. § 1715 (b) | No later than September 21, 2015 |
| Preliminary Approval Hearing | September 17, 2015, at 9:00 a.m. |
| Deadline for Mailing and Publication of Notice | 7 calendar days after the Court's entry of the Preliminary Approval Order |
| Motion for Final Approval of Attorneys' Fees and Reimbursement of Litigation Expenses | 30 days before the deadline for objecting to the settlement |
| Filing Deadline for Objections | 70 days after mailing and publication of notice |
| Deadline for Class Member Opt-Outs | 70 days after mailing and publication of notice |
| Party Responses to Objections | 10 calendar days before the Settlement Fairness Hearing |
| Proof of Notice Compliance | 10 calendar days before the Settlement Fairness Hearing |
| Final Approval Hearing | Final approval 90 days after mailing of CAFA notices and materials. *See* 28 U.S.C. §1715 (b), (d) |

//

//

//

1        The case management conference previously scheduled for August 20, 2015, is
2  vacated.

      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   August 20, 2015            *Jacqueline Scott Corley*
                                                      HON. JACQUELINE SCOTT CORLEY
                                                      UNITED STATES MAGISTRATE JUDGE